UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

Case No: 2:21-cv-697-JLB-MRM

GUS MONDRAGON,
    Plaintiff,
v.

PRIME HEALTHCARE SERVICES-LEHIGH ACRES, LLC
d/b/a LEHIGH REGIONAL MEDICAL CENTER

    Defendant.
_____/

## JOINT STATUS REPORT

Defendant, Prime Healthcare Services-Lehigh Acres, LLC d/b/a Lehigh Regional Medical Center ("Defendant") by and through its undersigned counsel, file this response to this Joint Status Report

1. This matter was sent to arbitration whereafter the parties began discussing an amicable resolution to Plaintiff's claims.

2. The parties have now reached a final agreement as to the terms of resolution. Defendant has sent a written settlement agreement to Plaintiff for execution.

3. Given their amicable resolution, the parties request that the Court now close this matter.

Dated: May 6, 2024                                            Respectfully submitted,

| By: */s/ Gus Mondragon* | By: */s/ Nancy A. Johnson* |
|---|---|
| Gus Mondragon | Nancy A. Johnson |
| 108 Contee Dr. | Fla. Bar No.: 597562 |
| Lehigh Acres, FL 33936 | Email: najohnson@littler.com |
|  | Nicole B. Dunlap |
| Plaintiff Pro Se | Fla. Bar No.: 116158 |
|  | Email: ndunlap@littler.com |
|  | LITTLER MENDELSON, P.C. |
|  | 111 N. Orange Avenue, Suite 1750 |
|  | Orlando, Florida 32801-2366 |
|  | Telephone: (407) 393-2900 |
|  | Facsimile: (407) 393-2929 |
|  |  |
|  | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May 2024 the foregoing was electronically filed with the Court by using the CM/ECF system and will send a copy, via USPS to the pro se Plaintiff at his address on file with this Court.

By: */s/ Nancy A. Johnson*
Nancy A. Johnson